# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SOFTCHOICE CORPORATION,** | ) | |
| | ) | 8:08CV249 |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| **BRETT MACKENZIE,** | ) | |
| | ) | |
| Defendant. | ) | |

The parties to this action have submitted a Stipulation for Protective Order (Filing No. 21) pursuant to Rule 26(c) of the Federal Rules of Civil Procedure. Having reviewed the Stipulation, the Court hereby adopts the Stipulation and orders that it govern the treatment of confidential information in this matter.

**IT IS SO ORDERED.**

DATED this 16th day of October, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge