IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SOFTCHOICE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRETT MACKENZIE, )<br>)<br>Defendant. )<br>) | 8:08CV249<br><br>ORDER |

This matter is before the court on plaintiff's motion to submit supplemental evidence, Filing No. 50, in support of its opposition to defendant's motion for summary judgment, Filing No. 24. The court has carefully reviewed the motion and supporting documentation and finds the motion should be granted. The court further finds that defendant shall be granted additional time to respond to the supplemental evidence.

IT IS ORDERED:

1. The plaintiff's motion to file supplemental evidence, Filing No. 50, is granted.

2. The defendant shall have fourteen days from the date of this order to file a response to the supplemental evidence.

DATED this 26th day of February, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge